IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**ERIC J. BANKS**                                                                 **PETITIONER**
**Reg. #17473-045**

**VS.**                   **CASE NO.: 2:08CV00084 SWW/BD**

**T.C. OUTLAW**                                                   **RESPONDENTS**
**Warden, FCC,**
**Forrest City, Arkansas, et al.**

## ORDER

      Pending is Petitioner's Motion to Stay his petition for writ of habeas corpus under 28 U.S.C. § 2241 (docket entry #8). Petitioner claims *Gatewood v. T.C. Outlaw*, CA 08-2197 (8th Cir. filed May 29, 2008), now pending before the Court of Appeals for the Eighth Circuit, will determine the outcome of his case. Petitioner requests a stay of his petition pending a decision in *Gatewood*. The Respondent has not objected to the motion to stay. Because the claim in this petition is similar to the claim in *Gatewood*, Petitioner's Motion to Stay is GRANTED. The Clerk of the Court is directed to administratively terminate the case. The parties are directed to file a motion to reopen the case within forty-five days of a mandate being issued by the Eighth Circuit in *Gatewood*. If a motion to reopen the case is not filed by either party within forty-five days of the mandate, the Court will dismiss the petition with prejudice.

      IT IS SO ORDERED this 3rd day of July, 2008.

                                          /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE