**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ERIC J. BANKS**                                                                                    **PETITIONER**
**Reg. #17473-045**

**VS.**            **CASE NO.: 2:08CV00084 SWW/BD**

**T.C. OUTLAW**                                                                                     **RESPONDENTS**
**Warden, FCC,**
**Forrest City, Arkansas, et al.**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Petition (#2) is DISMISSED with prejudice.

IT IS SO ORDERED this 6th day of July, 2009.

_____
/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE